# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LEE MCDONALD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE BILL
HENDERSON, DISTRICT JUDGE,
Respondents,
   and
CANDACE MCDONALD,
Real Party in Interest.

No. 78258



FILED

MAR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR OTHER EXTRAORDINARY RELIEF*

This original, emergency petition for a writ of mandamus or other extraordinary relief challenges the district court's decision to delay hearing a criminal contempt matter pending resolution of criminal charges concerning the same alleged conduct. In particular, petitioner asserts that the delay in hearing the criminal contempt matter violates his rights to a speedy trial.

Having considered the petition and appendices, we are not convinced that our extraordinary intervention is warranted at this time. NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 818 P.2d 849 (1991). We note that the criminal trial is scheduled to begin this month, and a status check hearing is set in the contempt matter for next month. Further, petitioner may raise this issue in a challenge to any decision on the contempt matter by which he is aggrieved. *Pengilly v. Rancho Santa Fe*

19-10494

*Homeowners Ass'n*, 116 Nev. 646, 650, 5 P.3d 569, 571 (2000). Accordingly, we

      ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Bill Henderson, District Judge, Family Court Division
       William B. Gonzalez
       Collings Law Group
       Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LEE MCDONALD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE BILL
HENDERSON, DISTRICT JUDGE,
Respondents,
  and
CANDACE MCDONALD,
Real Party in Interest.

No. 78258

FILED

MAR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
         DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR OTHER EXTRAORDINARY RELIEF*

This original, emergency petition for a writ of mandamus or other extraordinary relief challenges the district court's decision to delay hearing a criminal contempt matter pending resolution of criminal charges concerning the same alleged conduct. In particular, petitioner asserts that the delay in hearing the criminal contempt matter violates his rights to a speedy trial.

Having considered the petition and appendices, we are not convinced that our extraordinary intervention is warranted at this time. NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 818 P.2d 849 (1991). We note that the criminal trial is scheduled to begin this month, and a status check hearing is set in the contempt matter for next month. Further, petitioner may raise this issue in a challenge to any decision on the contempt matter by which he is aggrieved. *Pengilly v. Rancho Santa Fe*

19-10494

*Homeowners Ass'n*, 116 Nev. 646, 650, 5 P.3d 569, 571 (2000). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver


cc:   Hon. Bill Henderson, District Judge, Family Court Division
      William B. Gonzalez
      Collings Law Group
      Eighth District Court Clerk